```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
JOHN FAICAN, individually and on behalf of others                :
similarly situated,                                              :
                                                                 :
                                                                 :        1:23-cv-10633-GHW
                                        Plaintiff,               :
                                                                 :                ORDER
                    -v-                                          :
                                                                 :
LENOX PARKING GARAGE LLC, doing business                         :
as Citi Parking, et al.,                                         :
                                                                 :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024

GREGORY H. WOODS, United States District Judge:

      Plaintiff commenced this case on December 6, 2023.  Dkt. No. 1.  The Clerk of Court entered a certificate of default against each of the three Defendants on April 11, 2024.  Dkt. Nos. 24, 25, 26.  The initial pretrial conference scheduled in this matter to take place on August 8, 2024 is canceled.  The Court expects that any application for the issuance of an order to show cause for default judgment will be filed no later than June 2, 2024 in a manner consistent with the Court's Individual Rules of Practice in Civil Cases.

      Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

      SO ORDERED.

Dated: May 2, 2024
       New York, New York

                                                                     GREGORY H. WOODS
                                                                 United States District Judge