# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

May 30, 2024

BY ECF
Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2024
```

**MEMORANDUM ENDORSED**

Re:  Faican et al v. Lenox Parking Garage LLC et al;
     23-cv-10633-GHW

Your Honor:

This office represents Plaintiff in the above referenced matter.  I write to respectfully request a brief extension of the June 2, 2024 deadline to file a request for an order to show cause for default judgment.  This is the first request of its kind.  Defendants have not consented because they have yet to appear.

Our office is undergoing staffing shortages and therefore requires additional time to finalize the request for an order to show cause for default judgment.  As such Plaintiff humbly requests an additional seven (7) days to finalize the request for an order to show cause for default judgment.  Therefore, Plaintiff requests that the June 2, 2024 deadline be extended to June 9, 2024.

Plaintiff thanks the court for their attention to this matter.

Respectfully Submitted,

/s/ *Amy Gina Kim*
Amy Gina Kim, Esq.
CSM Legal, P.C.

---

Application granted.  Plaintiff's request for an extension of the time to file an application for a default judgment, Dkt. No. 31, is granted.  The Court expects that any application for the issuance of an order to show cause for default judgment will be filed no later than June 9, 2024 in a manner consistent with the Court's Individual Rules of Practice in Civil Cases.  Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

SO ORDERED.
Dated: May 30, 2024

_____
GREGORY H. WOODS
United States District Judge

*Certified as a minority-owned business in the State of New York*