# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

June 6, 2024

**VIA ECF**
Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2024

**MEMORANDUM ENDORSED**

Re:   *Faican et al v. Lenox Parking Garage LLC et al*
         23-cv-10633-GHW

Your Honor:

This office represents Plaintiff in the above referenced matter. I write to respectfully request an extension of the June 9, 2024 deadline to file an application for a default judgment. This is the second request of its kind.

The reason for this request is because one of the individual Defendants, Ronald Massie ("Mr. Massie"), reached out to our office on June 3, 2024, to inform us that he filed a Notice of Pro Se Appearance, Notice of Special Appearance, and a Motion to Dismiss for Failure of Service of Process. *See* "Attachment A" (e-mail communication from Mr. Massie's assistant and the referenced documents). Because no new filing appeared on the docket, this office called Mr. Massie's assistant the next day to confirm and was again informed that the documents were "filed with the court." This office presumes that the documents were filed with the Court's Pro Se Intake Unit but have yet to appear on the docket.

Given Mr. Massie's appearance, Plaintiff respectfully requests a thirty (30) day extension to file the application for a default judgment. Therefore, Plaintiff requests that the June 9, 2024 deadline be extended to July 9, 2024. In the alternative, Plaintiff respectfully requests this Court's guidance and direction on how to proceed.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Amy Gina Kim*
Amy Gina Kim, Esq.
CSM Legal, P.C.

Application granted. Plaintiff's request for an extension of the time to file an application for a default judgment, Dkt. No. 33, is granted. The Court expects that any application for the issuance of an order to show cause for default judgment will be filed no later than July 9, 2024 in a manner consistent with the Court's Individual Rules of Practice in Civil Cases. Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.

SO ORDERED.
Dated: June 10, 2024

_____
GREGORY H. WOODS
United States District Judge

*Certified as a minority-owned business in the State of New York*