```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JOHN FAICAN,                                                   :
                                                               :
                                      Plaintiff,               :     1:23-cv-10633-GHW
                                                               :
                    -v-                                        :     ORDER
                                                               :
LENOX PARKING GARAGES, LLC, *et al.*,                          :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a conference to discuss Defendant Ronald Massie's motion to dismiss for failure of service of process, Dkt. No. 36, on June 27, 2024 at 3:00 p.m. The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      Plaintiff is directed to serve a copy of this order on all Defendants who are not represented by counsel in this action or have not appeared and to retain proof of service.

      SO ORDERED.

Dated: June 19, 2024
       New York, New York

                                                              _____
                                                                GREGORY H. WOODS
                                                            United States District Judge