```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOHN FAICAN,                                                  :
                                                              :
                              Plaintiff,                      :    1:23-cv-10633-GHW
                                                              :
              -v-                                             :    ORDER
                                                              :
LENOX PARKING GARAGES, LLC, et al.,                           :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2024

GREGORY H. WOODS, United States District Judge:

A conference to discuss *pro se* Defendant Ronald Massie's motion to dismiss is scheduled in this matter for June 27, 2024. Plaintiff requests that the conference proceed remotely, Dkt. No. 39, based on Mr. Massie's unavailability to attend the conference in person on June 27. The request is denied without prejudice.

Plaintiff and Mr. Massie are directed to submit a joint letter by June 25, 2024 describing Mr. Massie's availability to attend a conference in-person in the next 21 days, if any. The conference scheduled for June 27, 2024 is adjourned *sine die*. The Court will set a new date for the conference and determine the appropriate method by which to conduct the conference upon receiving the parties' update.

Plaintiff is directed to serve a copy of this order on all Defendants who are not represented by counsel in this action or have not appeared and to retain proof of service.

SO ORDERED.

Dated: June 21, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge