UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                               :

JOHN FAICAN,                                    :

                                      Plaintiff,   :          1:23-cv-10633-GHW

                                      -v-                 :          <u>ORDER</u>

LENOX PARKING GARAGES, LLC, *et al.*,  :

                                   Defendants.  :
-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2024

GREGORY H. WOODS, United States District Judge:

      The Court thanks the parties for their June 25, 2024 update regarding Defendant Ronald Massie's availability to attend an in-person conference. Dkt. No. 41. The Court will hold a telephonic conference to discuss Mr. Massie's motion to dismiss, Dkt. No. 36, on July 2, 2024 at 11:00 a.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Specifically, the parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

      The following procedures shall apply to all teleconferences with the Court: Counsel should use a landline whenever possible, should use a headset instead of speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time. To facilitate orderly teleconferences and the creation of an accurate transcript where a teleconference is held on the record, counsel are required to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another. The recording of any court conference is prohibited by law. Like in-person conferences, telephone conferences are open to the public. Members of the public or the press may join a telephone conference using the

dial-in information above.

**In addition to the parties' counsel, Defendant Mr. Massie is ordered to personal attend the conference,** unless he retains the services of a lawyer admitted in the Southern District of New York to represent him in this matter and appear on his behalf at the conference. If Mr. Massie wishes to use the services of an interpreter, he is directed to contact the Southern District of New York's Interpreter's Office at 212-805-0084 to obtain a list of qualified interpreters that can be retained for the conference. Mr. Massie will bear the cost of interpretation services. If Mr. Massie decides to retain an interpreter, he should inform the Court of that decision by letter no later than June 28, 2024. That letter should include the name and phone number of the interpreter he has retained.

Plaintiff is directed to serve a copy of this order on all Defendants who are not represented by counsel in this action or have not appeared and to retain proof of service.

SO ORDERED.

Dated: June 25, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge