```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                            :
JOHN FAICAN,                                :
                                            :
                          Plaintiff,        :     1:23-cv-10633-GHW
                                            :
            -v-                             :     ORDER
                                            :
LENOX PARKING GARAGES, LLC, *et al.*,       :
                                            :
                          Defendants.       :
                                            :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed on the record during the telephonic conference held on July 2, 2024, Plaintiff's opposition to Defendant Ronald Massie's motion to dismiss, Dkt. No. 36, is due no later than July 19, 2024. Mr. Massie's reply, if any, to Plaintiff's opposition is due no later than two weeks following the date of service of Plaintiff's opposition on Mr. Massie.

Plaintiff is directed to serve a copy of this order on all Defendants who are not represented by counsel in this action or have not appeared and to retain proof of service.

SO ORDERED.

Dated: July 3, 2024

_____
GREGORY H. WOODS
United States District Judge