# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                           Telephone: (212) 317-1200
New York, New York 10165                               Facsimile: (212) 317-1620

July 3, 2024

**VIA ECF**
Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2024
```

## MEMORANDUM ENDORSED

Re:     *Faican et al v. Lenox Parking Garage LLC et al*
         23-cv-10633-GHW

Your Honor:

       This office represents Plaintiff in the above referenced matter. I write to respectfully request an extension of the July 9, 2024 deadline to file an application for a default judgment. This is the third request of its kind.

       The reason for this request is because this office is currently preparing Plaintiff's opposition to *pro se* Defendant Ronald Massie's motion to dismiss for insufficient service of process. *See* Dkt. No. 36. Per the Telephone Conference held on July 2, 2024, Plaintiff's opposition to said motion shall be filed by July 19, 2024.

       Plaintiff respectfully requests a twenty-one (21) day extension to file the application for a default judgment. Therefore, Plaintiff requests that the July 9, 2024 deadline be extended to July 30, 2024.

       Plaintiff thanks the Court for its time and attention to this matter.

Application granted in part. Plaintiff's request for an extension of the time to file an application for a default judgment, Dkt. No. 43, is granted. Given the ongoing proceedings with respect to Mr. Massie, the Court no longer expects that an application for default judgment will be filed until after that issue has been resolved. Plaintiff is directed to serve a copy of this order on each of the defendants and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

Respectfully Submitted,

/s/ *Amy Gina Kim*
Amy Gina Kim, Esq.
CSM Legal, P.C.

SO ORDERED.
Dated: July 3, 2024

                     _____
                     GREGORY H. WOODS
                     United States District Judge

*Certified as a minority-owned business in the State of New York*