```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JOHN FAICAN.,                                                  :
                                                               :
                                    Plaintiff,                 :    1:23-cv-10633-GHW
                                                               :
                -v-                                            :    ORDER
                                                               :
LENOX PARKING GARAGE, LLC, *et al.*,                           :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The parties' October 1, 2024 request for an adjournment of the teleconference and evidentiary hearing scheduled in this matter, Dkt. No. 52, is granted. The telephonic conference scheduled for October 4, 2024 is adjourned to October 24, 2024 at 4:00 p.m. The evidentiary hearing scheduled for October 18, 2024 is adjourned to November 7, 2024 at 4:00 p.m. The parties are directed to review and comply with the Court's September 27, 2024 order, including the instructions for participating in a telephonic conference with the Court. Dkt. No. 51.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

    Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

    SO ORDERED.

Dated: October 1, 2024
       New York, New York

                                                           GREGORY H. WOODS
                                                  United States District Judge