```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JOHN FAICAN.,                                                  :
                                                               :
                                  Plaintiff,                   :        1:23-cv-10633-GHW
                                                               :
                     -v-                                       :              ORDER
                                                               :
LENOX PARKING GARAGE, LLC, *et al.*,                           :
                                                               :
                                  Defendants.                  :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the October 24, 2024 telephonic conference, the evidentiary hearing scheduled for November 7, 2024 at 2:00 p.m. is adjourned to January 15, 2025 at 1:00 p.m. in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.

Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

SO ORDERED.

Dated: October 24, 2024
       New York, New York                         _____
                                                         GREGORY H. WOODS
                                                      United States District Judge