```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  :
JOHN FAICAN.,  :
  :
                       Plaintiff,  :    1:23-cv-10633-GHW
  :
          -v-  :    <u>ORDER</u>
  :
LENOX PARKING GARAGE, LLC, *et al.*,  :
  :
                   Defendants.  :
  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     On January 14, 2025, Plaintiff requested an adjournment of the evidentiary hearing scheduled for January 15, 2025 (the "Hearing"). Dkt. No. 59. In his letter, Plaintiff represents that the he conferred with the only Defendant who has appeared in this case, Ronald Massie, who appears *pro se*. According to Plaintiff's letter, Mr. Massie consents to the adjournment because he is injured and cannot attend the Hearing. Because Mr. Massie cannot appear, the Hearing scheduled for January 15, 2025 at 1:00 p.m. in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007 is adjourned to February 5, 2025 at 1:00 p.m. Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 59.

     SO ORDERED.

Dated: January 14, 2025
      New York, New York
                                                                          _____
                                                                          GREGORY H. WOODS
                                                                     United States District Judge