```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
JOHN FAICAN.,                                                 :
                                                              :
                                    Plaintiff,                :      1:23-cv-10633-GHW
                                                              :
                  -v-                                         :      ORDER
                                                              :
LENOX PARKING GARAGE, LLC, *et al.*,                          :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 3, 2025, Plaintiff requested an adjournment of the evidentiary hearing scheduled for February 5, 2025 (the "Hearing"). Dkt. No. 61. In his letter, Plaintiff represents that the he spoke with the only Defendant who has appeared in this case, Ronald Massie, who appears *pro se*. According to Plaintiff's letter, Mr. Massie is in the hospital and cannot attend the attend the Hearing. Because Mr. Massie cannot appear, the Hearing scheduled for February 5, 2025 at 1:00 p.m. in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007 is adjourned to February 24, 2025 at 1:00 p.m. The parties should not expect the Court to grant additional adjournments. Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 61.

SO ORDERED.

Dated: February 3, 2025
       New York, New York

                                                              _____
                                                              GREGORY H. WOODS
                                                              United States District Judge