```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :

JOHN FAICAN.,
                                      Plaintiff,     :      1:23-cv-10633-GHW

                  -v-     :      <u>ORDER</u>

LENOX PARKING GARAGE, LLC, *et al.*,

                             Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As stated on the record during the conference held on April 2, 2025, the Court will hold a hearing on August 11, 2025 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, with respect to Mr. Massie's motion to dismiss the claims against him for failure of service of process. Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

     SO ORDERED.

Dated: April 2, 2025

                                                                   _____
                                                                       GREGORY H. WOODS
                                                                  United States District Judge