```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOHN FAICAN.,                                                 :
                                                              :
                                    Plaintiff,                :    1:23-cv-10633-GHW
                                                              :
              -v-                                             :        ORDER
                                                              :
LENOX PARKING GARAGE, LLC, et al.,                            :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2025

GREGORY H. WOODS, United States District Judge:

As stated in the Court's April 2, 2025 order, the Court will hold a hearing on August 11, 2025 at 9:30 a.m. with respect to Mr. Massie's motion to dismiss the claims against him for failure of service of process. The parties are reminded that the hearing will be held in person in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

SO ORDERED.

Dated: July 28, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge