USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                 :
JOHN FAICAN,                                                        :
                                                                                 :
                                                    Plaintiff,        :                   1:23-cv-10633-GHW
                                                                                 :
                        -v-                                              :                   ORDER
                                                                                 :
LENOX PARKING GARAGE, LLC, *et al.*,              :
                                                                                 :
                                                    Defendants.     :
                                                                                 :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On November 21, 2025, the Court directed Defendant Ronald Massie to show cause by December 1, 2025 as to why default should not be entered against him.  Dkt. No. 76.  The Court explained that it was inclined to enter default because Mr. Massie failed to appear at the November 4, 2025 conference, failed to comply with the Court's August 8, 2025 order, Dkt. No. 74, and failed to litigate his motion to dismiss.  *Id.*

On December 1, 2025, Mr. Massie filed a declaration in which he asked the Court for an "extension of time to fully prepare a response [to the Court's November 21, 2025 order] and to seek legal representation."  Dkt. No. 77 ¶ 5.  He also requested that the Court not enter default against him.  *Id.* ¶ 6.  Mr. Massie apologized for his failure to appear and noted that his "failure to appear was not willful . . . because I was feeling ill for several days, including the morning of the hearing."  *Id.* ¶ 2-3.  The Court is sensitive to Mr. Massie's health limitations, but Mr. Massie's failure to request an adjournment required Plaintiff and the Court to prepare for the hearing.

The Court will reschedule the hearing once more.  The Court will hold an evidentiary hearing on Mr. Massie's motion to dismiss, Dkt. No. 36, on January 12, 2026 at 10:00 a.m.  The hearing will be held in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.

The Court will not grant further adjournments of the evidentiary hearing.  This is Mr. Massie's final opportunity to litigate his motion to dismiss.  The hearing on Mr. Massie's motion to dismiss has already been rescheduled at least six times over the course of the last fourteen months.  *See* Dkt. Nos. 53, 54, 60, 62, 65, 74.

Mr. Massie is personally ordered to appear at the November 4, 2025 hearing.  If Mr. Massie does not appear at the January 12, 2026 hearing, the Court will find him in default.  The Court may also impose other sanctions, including ordering monetary sanctions.  The Clerk of Court is directed to mail a copy of this order to Mr. Massie.

SO ORDERED.

Dated:  December 3, 2025
New York, New York

_____
GREGORY N. WOODS
United States District Judge