UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2026

```
-------------------------------------------------------------------- X
                                                  :
JOHN FAICAN,                                      :
                                                  :
                               Plaintiff,         :
                                                  :
                 -v-                              :
                                                  :
LENOX PARKING GARAGE LLC, et al.,                 :
                                                  :
                               Defendants.        :
                                                  :
-------------------------------------------------------------------- X
```

1:23-cv-10633-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Mr. Massie's motion to vacate the entry of default and supporting documents. Dkt. Nos. 85–89. Plaintiff's opposition to Mr. Massie's motion to vacate is due no later than March 24, 2026. Mr. Massie's reply, if any, is due one week following the date of service of Plaintiff's opposition.

The Court will hold an in-person hearing on Mr. Massie's motion to vacate on April 6, 2026 at 1:00 p.m., in Courtroom 14C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is directed to mail a copy of this order to Mr. Massie.

SO ORDERED.

Dated: March 18, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge