UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2026

-------------------------------------------------------------------- X
    :
JOHN FAICAN,    :
    :
    :
                  Plaintiff,    :          1:23-cv-10633-GHW
    :
           -v-    :          ORDER
    :
LENOX PARKING GARAGE LLC, *et al.*,    :
    :
              Defendants.    :
    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Mr. Massie's submission stating that he is scheduled to be admitted to the hospital on April 6, 2026, and to undergo aortic valve replacement surgery on April 7, 2026. Dkt. No. 93 ¶ 11. Mr. Massie has not requested an adjournment of the hearing scheduled for April 6, 2026. But in light of his representation that he will be admitted to the hospital on that date, and given the history of Mr. Massie's repeated failures to appear, the Court concludes that it would not be an efficient use of Plaintiff's counsel's time, the Court's time, or the court reporter's time to proceed with the hearing as scheduled. Accordingly, the hearing scheduled for April 6, 2026 is adjourned *sine die*.

The Court will not consider Mr. Massie's motion to vacate the entry of default unless and until he submits additional sworn medical documentation. Given the course of conduct described in the Court's February 3, 2026 order, Dkt. No. 84, the Court does not find Mr. Massie's current representations sufficient.

Accordingly, no later than April 13, 2026, Mr. Massie must submit: (1) sworn affidavits from his treating physicians attesting to his alleged upcoming surgeries, including the date and location of each surgery, the anticipated length of Mr. Massie's recovery, and the anticipated length of his hospitalization or other inpatient stay for each procedure; (2) sworn affidavits from his

treating physicians regarding the prior illnesses that Mr. Massie contends prevented him from appearing before the Court, including the nature of those illnesses, the extent to which they limited his ability to travel or otherwise function, the period of his recovery, and the location where that recovery took place; and (3) a sworn affidavit from Mr. Massie stating the location where he will stay while recovering from his upcoming heart surgery.  The Court will reschedule the hearing after it has reviewed that documentation. Mr. Massie may request that medical information be sealed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Massie.

SO ORDERED.

Dated:  April 3, 2026

_____
GREGORY H. WOODS
United States District Judge

2