UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                    :
JOHN FAICAN, *individually and on behalf of others*                 :
*similarly situated*,                                               :
                                                                    :
                                                      Plaintiff,    :
                                                                    :
                        -v-                                         :
                                                                    :
LENOX PARKING GARAGE LLC, *et al.*,                                :
                                                                    :
                                                     Defendants.    :
                                                                    X
------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2026

1:23-cv-10633-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold an in-person hearing on Mr. Massie's motion to vacate on June 12, 2026 at 12:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The parties must appear in person for the hearing. If Mr. Massie does not appear, the Court will take his continued failure to make himself available to litigate the case into account in considering his motion.

The Clerk of Court is directed to mail a copy of this order to Mr. Massie.

SO ORDERED.

Dated: May 27, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge