USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

JOHN FAICAN, *individually and on behalf of others similarly situated*,

Plaintiff,

-v-

LENOX PARKING GARAGE LLC, *et al.*,

Defendants.

--------------------------------------------------------------- X

1:23-cv-10633-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On May 27, 2026, the Court scheduled an in-person hearing for June 12, 2026 at 12:00 p.m. to discuss Mr. Massie's motion to vacate. Dkt. No. 103. On June 2, 2026, Mr. Massie requested permission to participate in the hearing remotely because he was recovering from recent surgery. Dkt. No. 105. In light of that request, the Court rescheduled the June 12, 2026 hearing to proceed remotely. Dkt. No. 106.

On June 12, 2026, the Court began the conference at 12:03 p.m. Plaintiff's counsel and the court reporter joined the conference. Over the next eight minutes, the Court repeatedly asked whether Mr. Massie had joined the conference line. After receiving no response, the Court adjourned the proceeding at 12:11 p.m. Mr. Massie subsequently filed a letter on June 12, 2026, which was docketed on June 17, 2026, stating under penalty of perjury that he joined the conference line at 12:08 p.m. and remained connected until approximately 12:47 p.m., when he was disconnected. Dkt. No. 107. On June 22, 2026, the Court issued an order noting that, although Mr. Massie had submitted his account under penalty of perjury, that account was inconsistent with what occurred during the conference. Dkt. No. 109. In the same order, the Court scheduled an in-person hearing for June 29, 2026, to discuss Mr. Massie's motion to vacate. *Id.*

On June 26, 2026, the Court discovered that, due to an administrative error, the Clerk's Office had not mailed Mr. Massie a copy of the Court's June 22, 2026 order. As a result, the Court adjourned the June 29, 2026 hearing to July 7, 2026. Dkt. No. 110. The Court also emailed a copy of that order to the parties the same day. On June 29, 2026, a letter from Mr. Massie, dated June 26, 2026, was docketed requesting permission to participate remotely in the June 29 hearing, which by then had already been adjourned. Dkt. No. 111. In response, the Court issued an order on June 30, 2026, advising Mr. Massie that the hearing had been adjourned and that "[a]ny request to participate remotely in the July 7, 2026 hearing must be made at least two business days in advance of the hearing." Dkt. No. 113.

On July 6, 2026, Mr. Massie filed a letter stating that he was scheduled to undergo knee surgery at Mount Sinai Hospital in New York on July 7, 2026, the same date as the hearing, and that he was required to report to the hospital at 7:00 a.m. Dkt. No. 114. He therefore "request[ed] that the hearing be adjourned to a later date convenient for the Court." *Id.* Mr. Massie's request is granted. The hearing scheduled for July 7, 2026 is adjourned *sine die*.

The Court notes that Mr. Massie was informed of the July 7, 2026 hearing on June 26, 2026—ten days before the hearing—but did not request an adjournment until July 6, 2026, the day before the hearing. This request follows a pattern of late or last-minute requests for adjournments that suggests an effort to delay these proceedings to the maximum extent possible. Moreover, Mr. Massie has also never suggested a time when he will be available to litigate the case as an alternative to the date proposed by the Court. Instead, the Court has been forced to chase him for alternatives—alternatives which he has consistently rejected at the last minute.

No later than July 10, 2026, Mr. Massie is ordered to file a letter identifying the dates during the week of July 13, 2026, on which he guarantees that he will be available to appear in person for a hearing on his motion to vacate. If Mr. Massie fails to comply with this order, the Court will rule on

his motion to vacate, taking into account his continued failure to make himself available to litigate this case.

The Clerk of Court is directed to mail a copy of this order to Mr. Massie.

SO ORDERED.

Dated: July 7, 2026
New York, New York

GREGORY H. WOODS
United States District Judge