USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN FAICAN, *individually and on behalf of others similarly situated*,

Plaintiff,

-v-

LENOX PARKING GARAGE LLC, *et al.*,

Defendants.

1:23-cv-10633-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 7, 2026, the Court ordered Mr. Massie to identify dates during the week of July 13, 2026 on which he could guarantee his appearance at an in-person hearing on his motion to vacate. Dkt. No. 115. Mr. Massie filed a letter stating that he underwent knee surgery on July 7, 2026, would remain hospitalized through approximately July 10, 2025, and would then be transferred to a rehabilitation facility for approximately two to four weeks. Dkt. No. 116. Mr. Massie requested that the Court "schedule the hearing for a date after I have completed rehabilitation." *Id.*

The Court will hold an in-person hearing on Mr. Massie's motion to vacate on August 21, 2026 at 12:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The parties must appear in person for the hearing. If Mr. Massie does not appear, the Court will take his continued failure to make himself available to litigate the case into account in considering his motion.

The Court exercises its discretion under Federal Rule of Civil Procedure 4(m) to extend Plaintiff's time to serve Mr. Massie through August 7, 2026. Plaintiff may, if it wishes, effect service of the summons and complaint on Mr. Massie by no later than August 7, 2026. Any such service

shall not be construed as a concession regarding the effectiveness of Plaintiff's prior service. Plaintiff shall promptly file proof of any such service.

The Clerk of Court is directed to mail a copy of this order to Mr. Massie.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge