# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


August 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 8/10/2026

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

**Re: Faican et al v. Lenox Parking Garage LLC et al**
**1:23-cv-10633-GHW**

Your Honor:

I am an attorney with Michael Faillace & Associates, P.C., attorneys for Plaintiff in the above-referenced matter. We write to inform the Court that this office was not able to serve Ronald Massie at the address of 451 Mansfield Ave Darien, CT 06820, which is the address that is registered with the Court. Our process server has informed us as follows:

*"08/05/2026 2:03 PM 451 Mansfield Ave, Darien, CT 06820 Location is a vacant colonial under interior re-constructions. There are no current occupants. Researched subject "Massie" was previous owner; however home was foreclosed on in 2024."*

Accordingly, we request that the deadline for Plaintiff to serve Ronald Massie be extended by 31 days from today, that is until September 7, 2026. Further, we request that this Court order that Ronald Massie be compelled to provide where he is residing, given that he has provided varying information about where he is residing. We request that Mr. Massie be ordered to provide

his residence address by August 21, 2026, which is the date of our in-person hearing for Mr. Massie's motion to vacate.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Robert Jun
Robert Jun

Application granted in part. The deadline for Plaintiff to serve Mr. Massie is extended to September 7, 2026. The Court declines to order Mr. Massie to provide his address at this time. The Court observes that Mr. Massie has previously filed an affidavit listing his address. *See* Dkt. No. 99. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 119 and to mail a copy of this order to Mr. Massie.

SO ORDERED.

Dated: August 10, 2026

GREGORY H. WOODS
United States District Judge